# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WAYNE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM L. SCHMIDT, ESQ., *et seq.*, <br><br> Defendants. | Case No. 1:17-cv-01447-LJO-EPG <br><br> **ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** <br><br> (ECF No. 2) |

R. Wayne Johnson ("Plaintiff") is proceeding *pro se* in this action. (ECF No. 1.) On October 26, 2017, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in forma pauperis* is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee for this action when funds exist in his inmate trust account. Accordingly, Plaintiff shall make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The Texas Department of Criminal Justice, or its designee, is required to send payments from Plaintiff's inmate trust account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

1

2. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so;

3. The Texas Department of Criminal Justice, or its designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the inmate's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. §1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action;

4. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application on the Texas Department of Criminal Justice, via mail at PO Box 13084 - Capitol Station, Austin, TX 78711-3084; and

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **November 3, 2017**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE